[No. 10453-2-III.   Division Three.   October 1, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. FECHT, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 88-1-00080-4, James R. Thomas, J., entered December 15, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Shields, C.J., concurred in by Thompson, J., and Green, J. Pro Tem.

[No. 11204-7-III.   Division Three.   October 1, 1991.]

DOMINGO Z. DAVILA, *Appellant*, v. KAISER ALUMINUM & CHEMICAL CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-03924-3, James M. Murphy, J., entered November 6, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J. Pro Tem.

[No. 11073-7-III.   Division Three.   October 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES RICHARD ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00337-1, Michael E. Donohue, J., entered September 6, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J. Pro Tem.